

Kevin D. Torge
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Kevin.torge@lewisbrisbois.com
Direct: 646.783.0989

April 27, 2026

File No. 51276.50

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., (Courtroom 20B)
New York, New York 10007-1312

*Request GRANTED in part. The parties' Initial Pretrial Conference shall be adjourned from May 7, 2026 to **May 20, 2026 at 3:30 p.m.** Pursuant to the Court's Individual Rule 2.D, the parties shall file a proposed Civil Case Management Plan and Scheduling Order and a joint letter at least ten days before the revised conference date.*

*SO ORDERED.*

*Dated: April 27, 2026*
*New York, New York*

*Jennifer Rochon*
*JENNIFER L. ROCHON*
*United States District Judge*

Re:    ***Alexander Zayas, Jr., v. U.S. Bank, N.A., Kass Shuler, P.A., et al.***
       <u>***Case No.,*** 1:25-cv-10709</u>

Dear Judge Rochon,

Our firm represents Defendants Kass Shuler, P.A., Richard McIver, Esq. and Jennifer Scott, Esq. ("Defendants") in the above-referenced matter.

Pursuant to Your Honor's Individual Practice Rules 1A and 1F, with the consent from Defendant, U.S. Bank, N.A., Defendants request that the initial pre-trial conference scheduled for May 7, 2026, and deadline for the proposed Civil Case Management Plan and Scheduling Order due April 27, 2026, be held in abeyance pending resolution of the Defendants' motion to dismiss Plaintiff's action (ECF 17-19, 26-27). Plaintiff did not provide consent.

In the alternative, the Parties, with the consent of Plaintiff and Defendant U.S. Bank, N.A., request that the initial pre-trial conference scheduled for May 7, 2026, along with the deadline for the proposed Civil Case Management Plan and Scheduling Order, be adjourned. The Parties propose May 21, 2026, or a date at the convenience of the Court.

This is the first request to adjourn the initial pretrial conference; however, the Court previously adjourned same *sua sponte,* pursuant to the request to hold the mediation referral in abeyance pending resolution of the motion to dismiss. (ECF 13, 14).

We thank the Court in advance for its time and attention to this matter. Do not hesitate to contact the undersigned should the Court require anything further to consider this application.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

175433849.1

Judge Jennifer L. Rochon
April 27, 2026
Page 2

Very truly yours,

*Kevin D. Torge*

Kevin D. Torge, Esq. of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CC:    Counsel for Parties by ECF

175433849.1