UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER ZAYAS, JR., individually and
as the Administrator of the Estate of Ismael
Zayas, Deceased,

                        Plaintiff,

          -against-

U.S. BANK, N.A.; KASS SHULER, P.A.;
RICHARD MCIVER, ESQ.; and JENNIFER
SCOTT, ESQ.,

                       Defendants.

Case No. 1:25-cv-10709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed at the parties' initial pre-trial conference on May 20, 2026, Plaintiff's

deadline to oppose Defendant U.S. Bank, N.A.'s ("U.S. Bank") motion to dismiss, Dkt. 28, is

extended *nunc pro tunc* to **May 29, 2026**.  U.S. Bank's reply is due on **June 12, 2026**.

Dated:  May 20, 2026
         New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge