UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER ZAYAS, JR., individually and
as the Administrator of the Estate of Ismael
Zayas, Deceased,

                    Plaintiff,

        -against-

U.S. BANK, N.A.; KASS SHULER, P.A.;
RICHARD MCIVER, ESQ.; and JENNIFER
SCOTT, ESQ.,

                    Defendants.

Case No. 1:25-cv-10709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendants' letter motion to stay discovery, Dkt. 36, and Plaintiff's letter response to the same, Dkt. 39. The parties shall appear for a virtual conference on **June 8, 2026, at 3:30 p.m.** to discuss their positions on the motion. Counsel will receive Microsoft Teams log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone conference ID: 951 157 976#.

Dated: June 4, 2026
      New York, New York

                         SO ORDERED.

                        _____
                        JENNIFER L. ROCHON
                        United States District Judge