UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER ZAYAS, JR., individually and
as the Administrator of the Estate of Ismael
Zayas, Deceased,

                           Plaintiff,

       -against-

U.S. BANK, N.A.; KASS SHULER, P.A.;
RICHARD MCIVER, ESQ.; and JENNIFER
SCOTT, ESQ.,

                        Defendants.

Case No. 1:25-cv-10709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court held a virtual conference on June 8, 2026, at 3:30 p.m. to discuss Defendants'

motion to stay discovery pending resolution of their motions to dismiss. *See* Dkt. 36 ("Mot.").

Plaintiff failed to appear despite multiple attempts to reach Plaintiff's counsel. The Court has

therefore rescheduled the conference to **June 9, 2026, at 3:30 p.m.** Counsel will receive

Microsoft Teams log-in credentials at the email addresses on the docket. The public listen-only

line may be accessed by dialing Phone Number: 646-453-4442 | Phone conference ID: 518 070

86#.

Dated:  June 8, 2026
       New York, New York

                                  SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge