UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER ZAYAS, JR., individually and
as the Administrator of the Estate of Ismael
Zayas, Deceased,

Plaintiff,

-against-

U.S. BANK, N.A.; KASS SHULER, P.A.;
RICHARD MCIVER, ESQ.; and JENNIFER
SCOTT, ESQ.,

Defendants.

Case No. 1:25-cv-10709 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at today's conference, Defendants' motion for a stay of discovery pending resolution of the motions to dismiss is GRANTED.  The parties' discovery deadlines, *see* Dkt. 35, are thus adjourned *sine die* and shall be reset, if necessary, pending this Court's decision on the motions to dismiss.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 36.

Dated:  June 9, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge