**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ALEXANDER ZAYAS, JR., individually and as the Administrator of the Estate of Ismael Zayas, Deceased,

Plaintiff,

-against-

U.S. BANK, N.A.; KASS SHULER, P.A.; RICHARD MCIVER, ESQ.; and JENNIFER SCOTT, ESQ.,

Defendants.

--------------------------------------------------------------X

25 **CIVIL** 10709 (JLR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 10, 2026, the Court has GRANTED Defendants' motions to dismiss; accordingly, the case is closed.

**Dated:** New York, New York

August 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**